# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, Ronald E. | United States District Court - Idaho | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse/Federal Building
550 W. Fort St.
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - JP Morgan, AMJ | B | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 3. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 4. - SPDR Dow Jones, RWR | A | Dividend | K | T | | | | | |
| 5. - Vanguard Info. Technology, VGT | A | Dividend | K | T | Sold (part) | 02/12/15 | J | B | |
| 6. - ISHARES Health Care Providers, IHF | A | Dividend | J | T | Sold (part) | 02/09/15 | J | B | |
| 7. - POWERSHS ETF Sr. Loan Portfolio, BKLN | A | Dividend | | | Sold | 05/20/15 | J | | |
| 8. - ISHARES ETF Core MSCI, IEFA | A | Dividend | J | T | | | | | |
| 9. - ISHARES ETF Core Emerging Mrkts, IEMG | A | Dividend | | | Sold (part) | 08/21/15 | J | | |
| 10. | | | | | Sold | 12/23/15 | J | | |
| 11. - ISHARES ETF Floating Rate Bond, FLOT | A | Dividend | K | T | Buy (add'l) | 05/20/15 | K | | |
| 12. - SPDR Fin'l Select Shares of Beneficial Interest, XLF | A | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 13. - SPDR Barclay's ETF 0-5 High Yield Index, SJNK | A | Dividend | | | Sold (part) | 02/12/15 | J | | |
| 14. | | | | | Sold | 05/20/15 | K | | |
| 15. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Sold (part) | 02/12/15 | J | B | |
| 16. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 17. - VANGUARD Industrials, VIS | | None | | | Sold | 02/09/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Wisdomtree Japan HDGD Equity, DXJ | A | Dividend | | | Sold | 08/14/15 | K | B | |
| 19. - ISHARES NASDAQ Biotechnology, IBB | | None | | | Sold (part) | 02/19/15 | J | B | |
| 20. | | | | | Sold | 05/04/15 | K | D | |
| 21. - Vanguard Corp Bond ETF, VCSH | A | Dividend | J | T | | | | | |
| 22. - Deutsche X-Trackers MSCI Europe, DBEU | B | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 23. - Barclays Bank Ipath ETN Bloomberg, DJP | | None | | | Buy (add'l) | 02/09/15 | J | | |
| 24. | | | | | Sold | 12/17/15 | J | | |
| 25. - SPDR Consumer Select Shares of Ben. Int., XLY | A | Dividend | K | T | Buy | 02/09/15 | J | | |
| 26. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 27. - ISHARES Short Maturity Bond ETF, NEAR | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 28. - Deutsch X TRK MSCI EAFE HDG ETF, DBEF | A | Dividend | J | T | Buy | 08/14/15 | K | | |
| 29. - ISHARES 7-10 Year Treasury Bond, IEF | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 30. - ISHARES MSCI Emg. Mrkt. ETF, EEMA | | None | J | T | Buy | 12/23/15 | J | | |
| 31. US Bank accounts | | None | L | T | | | | | |
| 32. Federal Credit Union account | A | Interest | J | T | | | | | |
| 33. New York Life insurance policy | A | Dividend | J | T | | | | | |
| 34. U.S. Savings Bond | A | Interest | | | Redeemed | 01/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM (UGTMA held for benefit of children) | A | Dividend | J | T | | | | | |
| 36. Bank of Commerce common stock | A | Dividend | J | T | | | | | |
| 37. Charles Schwab Investment Account | D | Dividend | O | T | | | | | |
| 38. | A | Interest | | | | | | | |
| 39. Pepco common stock | A | Dividend | J | T | | | | | |
| 40. AMC Government Sec. Fund | A | Dividend | J | T | | | | | |
| 41. JP Morgan Common Stock | A | Dividend | J | T | | | | | |
| 42. MDU Resources Common Stock | A | Dividend | J | T | | | | | |
| 43. Idaho "IDEAL" 529 college savings fund (select risk only) | B | Dividend | K | T | | | | | |
| 44. Am. Funds VCSP College savings AM 529 (select risk only) | B | Dividend | L | T | | | | | |
| 45. J.A. Eggleson Farms, Inc. (family business - 1/7 ownership) | C | Dividend | N | U | | | | | |
| 46. Bank of Idaho common stock | A | Dividend | J | T | | | | | |
| 47. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 48. General Electric common stock | A | Dividend | J | T | | | | | |
| 49. Microsoft common stock | A | Dividend | J | T | | | | | |
| 50. Brokerage Account #2 (child's college savings) (H) | | | | | | | | | |
| 51. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Barclay's Bond 1-3 yr credit, CSJ | A | Dividend | J | T | | | | | |
| 53. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | | | | | |
| 54. - SPDR Dow Jones, RWR | A | Dividend | J | T | | | | | |
| 55. - Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | | | | | |
| 56. Brokerage Account #3 (retirement) (H) | | | | | | | | | |
| 57. - Vanguard Info. Tech., VGT | A | Dividend | K | T | Sold (part) | 02/09/15 | J | B | |
| 58. - Healthcare Providers Index Fund, IHF | A | Dividend | K | T | Sold (part) | 02/09/15 | J | B | |
| 59. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | Sold (part) | 02/09/15 | J | B | |
| 60. - JP Morgan Exch. Traded MLP, AMJ | B | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 61. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 62. - POWERSHS ETF Senior Loan Portfolio, BKLN | A | Dividend | | | Sold | 05/20/15 | K | | |
| 63. - VANGUARD RUSSELL 1000 ETF, VONE | B | Dividend | L | T | Sold (part) | 02/09/15 | J | D | |
| 64. | | | | | Sold (part) | 10/07/15 | J | | |
| 65. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | L | T | Buy (add'l) | 05/20/15 | K | | |
| 66. - ISHARES ETF Core Emerging Markets, IEMG | A | Dividend | | | Sold (part) | 08/21/15 | J | | |
| 67. | | | | | Sold | 12/23/15 | K | | |
| 68. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SPDR BARCLAY'S ETF 0-5 Cash Constrained, SJNK | A | Dividend | | | Sold | 05/20/15 | K | | |
| 70. - ISHARES ETF short maturity bond, NEAR | A | Dividend | K | T | Buy (add'l) | 05/20/15 | K | | |
| 71. - Vanguard Corp. Bond ETF, VCSH | A | Dividend | K | T | | | | | |
| 72. - Deutsche X-Trackers ETF Europe, DBEU | B | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 73. - Barclays Bank Ipath ETN Bloomberg, DJP | | None | | | Buy (add'l) | 02/09/15 | J | | |
| 74. | | | | | Sold | 12/17/15 | J | | |
| 75. - SPDR Fin'l Select Ben. Int., XLF | A | Dividend | J | T | Buy | 02/09/15 | J | | |
| 76. - SPDR Consumer FD, XLY | A | Dividend | J | T | Buy | 02/09/15 | J | | |
| 77. - ISHARES 7-10 Yr. Treasury Bond, IEF | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 78. - ISHARES MSCI Emg. Mrkt. ETF IV, EEMA | | None | J | T | Buy | 12/23/15 | J | | |
| 79. Brokerage Account #4 (J.A. Eggleson Farms, Inc.) (H) | | | | | | | | | |
| 80. - Boise State Univ. Revenue Bond | A | Interest | | | Redeemed | 04/01/15 | J | | |
| 81. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | Sold (part) | 02/09/15 | J | B | |
| 82. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 83. - Vanguard Info. Tech., VGT | A | Dividend | K | T | Sold (part) | 02/09/15 | J | B | |
| 84. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 85. - ISHARES Healthcare Providers Index Fund, IHF | A | Dividend | K | T | Sold (part) | 05/27/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - JP Morgan Exch. Trad. Ntalerian MLP, AMJ | B | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 87. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 88. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 89. - POWERSHS ETF Senior Loan Portfolio, BKLN | A | Dividend | | | Sold | 05/20/15 | K | | |
| 90. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy (add'l) | 05/27/15 | J | | |
| 91. - ISHARES ETF Core Emerging Markets, IEMG | A | Dividend | | | Buy (add'l) | 05/27/15 | J | | |
| 92. | | | | | Sold (part) | 08/21/15 | J | | |
| 93. | | | | | Sold | 12/23/15 | K | | |
| 94. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | L | T | Buy (add'l) | 02/09/15 | J | | |
| 95. | | | | | Buy (add'l) | 05/20/15 | K | | |
| 96. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 97. - SPDR Barclay's ETF 0-5 High Yield, SJNK | A | Dividend | | | Sold | 05/20/15 | K | | |
| 98. - VANGUARD RUSSELL 1000 ETF, VONE | D | Dividend | L | T | Sold (part) | 02/09/15 | K | D | |
| 99. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 100. - ISHARES ETF Short Maturity Bond, NEAR | A | Dividend | K | T | Buy (add'l) | 05/20/15 | K | | |
| 101. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 102. - Vanguard Corp Bond ETF Short Term Corp., VCSH | A | Dividend | K | T | Buy (add'l) | 05/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Deutsche X-Trackers ETF MSCI Europe, DBEU | B | Dividend | K | T | Buy (add'l) | 02/09/15 | J | | |
| 104. - Barckays BAnk Ipath ETN Bloomberg, DJP | | None | | | Buy (add'l) | 02/09/15 | J | | |
| 105. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 106. | | | | | Sold | 12/17/15 | J | | |
| 107. - ISHARES MSCI Emg. Mrkt., EEMA | | None | K | T | Buy | 12/23/15 | K | | |
| 108. - SPDR Select Fin'l ETF, XLF | A | Dividend | J | T | Buy | 02/09/15 | J | | |
| 109. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 110. - SPDR Consumer Select Fund, XLY | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 111. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 112. - ISHARES 7-10 Year Treasury Bond ETF, IEF | A | Dividend | J | T | Buy | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I, Line 1:  I am the president and a director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation. The company's stock is entirely owned by me and my siblings. I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 2:  The 2014 Report, Section VII, Line 2, listed an Idaho Housing and Finance revenue bond and stated it was redeemed in part on 1/1/14 for a "J" value and an "A" gain code. It should have stated in Column D that the bond was redeemed in full on 1/1/14 for a "J" value and an "A" gain code. Because it was redeemed on the first day of 2014 there was no corresponding income to report in Column B, nor was there a value to report in Column C at the end of the 2014 reporting period. Because the bond was redeemed in 2014, it is not included on the 2015 Report. I ask that this notation be considered an amendment to the 2014 Report.

Section VII, Line 35:  The value reported for this stock I hold for the benefit of my children decreased from a "K" to a "J" value, with no corresponding transaction in Column D, because I no longer hold a controlling interest for one of my older children. I now hold only the controlling interest for my minor child and that amount is in the "J" category.

Section VII, Line 41:  This investment was reported in 2008, 2009, and 2010. On the 2010 Report it appeared at Section VII, Line 19. It was removed as a separate entry from the 2011 Report and included in Brokerage Account #1 at Line 10, with an explanation in Section VIII of the 2011 Report stating:  "This holding was listed on Line 19 of the 2010 Report but was transferred into Brokerage Account [#1] before it was sold." That entry was incorrect. This separate holding of JP Morgan common stock, appearing on Line 19 of the 2010 Report, was not transferred into a brokerage account but instead was held separately and continuously from 2010 through the present day. Accordingly, it is now included on Line 41 of the 2015 Report as a separate holding, but does not have a corresponding purchase date because it was purchased before my first financial disclosure report was filed in 2008. This stock should have been included as a separate holding in the 2011, 2012, 2013, and 2014 reports, with each year stating in Column B a dividend with an "A" amount, and listing in Column C a "J" value based on a "T" methodology. I ask that this explanation be considered a formal amendment to the 2011, 2012, 2013, and 2014 reports to correct this error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544